# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERALD PARKER

NO. 2024 KW 0659

**OCTOBER 7, 2024**

---

In Re:    Gerald Parker, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          DC-06-13-0411.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT GRANTED.** Although we recognize a judge has full power and authority to act even though a ground for recusation exists, see La. Code Crim. P. art. 673, the judge who is currently presiding over this matter served as one of the assistant district attorneys in the matter prior to being elected judge. A judge must recuse himself from post-conviction proceedings from any case in which he actively participated in prosecuting the defendant. Therefore, in the interest of fairness, we vacate the district court's ruling denying the "Writ of Habeas Corpus Ad Testificandum" and remand this matter to the district court for further proceedings. See La. Code Crim. P. art. 671(A)(3); **State v. Connolly,** 2006-0540 (La. 6/2/06), 930 So.2d 951, 953-54 (per curiam).

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_Ayesha Wilkes_
DEPUTY CLERK OF COURT
FOR THE COURT